IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                                                          4:99cr45-WS

RENARD MAURICE NEALY,                                                4:06cv20-WS

       Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 67) docketed November 30, 2007.  The magistrate judge recommends that the defendant's motion to vacate and set aside sentence be denied.  The defendant has filed no objections to the report and recommendation.

    Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

    Accordingly, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 67) is hereby ADOPTED and incorporated by reference into this order.

2.  The defendant's motion to vacate and set aside sentence (doc. 64) is hereby DENIED.

3.  The clerk shall enter judgment accordingly and shall close Case No. 4:06cv20-WS.

DONE AND ORDERED this   9th   day of   January  , 2008.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE